DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DARRON HYMES,

Appellant,

v.

DALE WINDSOR,

Appellee

Case No. 2D21-76

————————————————

September 8, 2021

Appeal from the County Court for Pasco County; Paul E. Firmani,
Judge.

Darron Hymes, pro se.

J. Marshall Fry of J. Marshall Fry, Attorney At Law, Palm Harbor,
for Appellee.


PER CURIAM.

    Affirmed.

SLEET, ATKINSON, STARGEL, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.